■ ROSE L. POMERANTZ, as Administratrix of the Estate of NATHAN J. POMERANTZ, Deceased, Appellant, v. HENRY W. CAVE, Respondent. ROSE L. POMERANTZ, as Administratrix of the Estate of NATHAN J. POMERANTZ, Deceased, Appellant, v. "THOMAS" S. WINSLOW, Respondent.— Order unani-

mously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.